JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| BARBARA FEINBERG, | Case No. CV 14-6018-GW(CWx) |
|---|---|
| Plaintiff, | **ORDER TO DISMISS ACTION WITH PREJUDICE** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive, | |
| Defendant. | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear their own attorneys' fees and costs.

DATED: January 6, 2015

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE